☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 1 0 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:10-CR-321-RLH (GWF)
)
RONALD CORNELL MATUSEK, )
a/k/a Kenneth Ray Paul, )
)
Defendant. )

**ORDER OF FORFEITURE**

This Court found on July 20, 2010, that RONALD CORNELL MATUSEK, a/k/a Kenneth Ray Paul, shall pay a criminal forfeiture money judgment of $594,636.63 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #6, #9, #10.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RONALD CORNELL MATUSEK, a/k/a Kenneth Ray Paul, a criminal forfeiture money judgment in the amount of $594,636.63 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this _10_ day of _November_, 2011.

_____
UNITED STATES DISTRICT JUDGE